UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  17-20171-CR-UNGARO

**UNITED STATES OF AMERICA**

**vs.**

**DAXC, LLC,**

_____/

# UNITED STATES' MOTION TO DISMISS
# CRIMINAL INFORMATION

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through the undersigned counsel, hereby moves to dismiss the criminal Information filed in the above-captioned case against defendant DAXC, LLC. ("DAXC"). As grounds therefore, the United States states as follows:

1. On or about March 9, 2017, the United States filed with this court a criminal Information charging DAXC with the theft of federal money, to wit: more than $4.2 million in federal funds, in violation of 18 U.S.C. § 641. (Docket No. 1).

2. Pursuant to the Deferred Prosecution Agreement ("DPA") between DAXC and the United States filed with this court on March 20, 2017, the United States recommended that the criminal prosecution of DAXC be deferred. (Docket No. 8). The DPA required, among other things, that DAXC admit, accept and acknowledge responsibility for the acts of its officers, directors and employees as set for in the Statement of Facts. (*Id.* at Attachment A). As part of the DPA, DAXC also agreed to forfeit to the United States $4,212,825.00 of proceeds involved in the violation of 18 U.S.C. § 641, a $1,000,000.00 fine, and continue to cooperate with the United States.

3. To date, DAXC has continued to cooperate with the United States and has paid both its forfeiture and fine obligations.

Accordingly, pursuant to the DPA, the United States believes that dismissal of the criminal Information is appropriate and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure the United States hereby moves to dismiss, with prejudice, the criminal Information filed in the instant case.

Respectfully submitted,

Benjamin G. Greenberg
Acting United States Attorney

By:  s/ *Michael R. Sherwin*
Michael R. Sherwin
Assistant United States Attorney
Court ID No. A5501230
99 Northeast 4th Street
Miami, Florida 33132
Tel: (305) 961-9067
michael.sherwin@usdoj.gov

By:  s/ *Michael N. Berger*
Michael N. Berger
Trial Attorney, Frauds Section
United States Department of Justice
1400 New York Ave. NW
Washington, D.C. 20530
Tel: (202) 616-5012
michael.berger3@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Michael R. Sherwin*
Michael R. Sherwin
Assistant United States Attorney

2