**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  17-20171-CR-UNGARO**

**UNITED STATES OF AMERICA**

**vs.**

**DAXC, LLC,**

_____/

## ORDER

Presently pending before this Court is the United States' Motion to Dismiss in the above-captioned case filed pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  Having carefully considered this request, it is hereby

**ORDERED** that the United States' Motion is granted and the criminal Informaiton in the above-captioned case is hereby dismissed with prejudice.

**DONE and ORDERED** this _____ day of May 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT COURT JUDGE