UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20171-CR-UNGARO

UNITED STATES OF AMERICA

vs.

DAXC, LLC,
_____/

## ORDER

Presently pending before this Court is the United States' Motion to Dismiss in the above-captioned case filed pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Having carefully considered this request, it is hereby

**ORDERED** that the United States' Motion is granted and the criminal Informaiton in the above-captioned case is hereby dismissed with prejudice.

**DONE and ORDERED** this 24 day of May 2017.

URSULA UNGARO
UNITED STATES DISTRICT COURT JUDGE